1  Philip C. Graham, *Pro Hac Vice*
   pgraham@hnjlaw.com
2  Helfrey, Neiers & Jones, P.C.
   120 S. Central Ave., Suite 1500
3  St. Louis, MO 63105
   Telephone: (314) 725-9100
4  Facsimile: (314) 725-5754

5  Max C. Garrick, Jr., CSBN 53578
   maxir@cox.net
6  34700 Pacific Coast Highway, Suite 300
   Capistrano Beach, CA 92624
7  Telephone: (949) 481-7201
   Facsimile: (949) 481-7021
8
   Attorneys for Plaintiff
9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DUANE H. BOWEN, | Case No.: CV06-5071 JFW (FFMx) |
| Plaintiff, | **ORDER ON STIPULATION RE:** |
| vs. | **DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S FEDERAL CLAIMS** |
| COUNTRYWIDE HOME LOANS, INC., A Delaware Corporation, and, FARRLAND GROUP, INC. d/b/a FORCAST MORTGAGE, a California Corporation, | |
| Defendant. | |

BASED ON THE STIPULATION OF THE PARTIES DATED MAY 24, 2007, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT:

ORDER ON STIPULATION - 1

1. Plaintiff's Federal Law causes of action set forth in Counts I and II of the First Amended Complaint, purporting to state claims under the Federal Truth in Lending Act and Real Estate Settlement Procedures Act, are hereby dismissed without prejudice in accordance with Fed. R. Civ. P. 41(a)(1) as to Defendants Countrywide Home Loans, Inc. and Farrland Group, Inc., and the parties shall each bear their own costs and attorney's fees in connection therewith.

2. The Court, having dismissed Plaintiff's Federal Law claims giving rise to subject matter jurisdiction in this Court, declines to continue exercising its supplemental jurisdiction over Plaintiff's state law claims, as may be set forth in Count III and IV and otherwise in the First Amended Complaint, and hereby dismisses Plaintiff's state law claims in Counts III and IV without prejudice as to Defendants Countrywide Home Loans, Inc. and Farrland Group, Inc., and the parties shall each bear their own costs and attorney's fees in connection therewith.

IT IS SO ORDERED.

Dated this ___ day of May, 2007

_____
Honorable John F. Walter
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via First Class U.S. Mail; postage prepaid, this 24th day, May 2007 upon the following:

Sanford Shatz, Esq.
Assistant General Counsel
Countrywide Bank, N.A.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302
Sandy_Shatz@Countrywide.com
***Attorney for Defendant Countrywide***

Mark E. Saltzman, Esq.
Law Offices of Mark E. Saltzman
18321 Ventura Boulevard
Suite 530
Tarzana, CA 91356-6445
BusinessAttorney@yahoo.com
***Attorney for Defendant Farrland Group,
Inc. d/b/a Forecast Mortgage***

_____